UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ALVARO ORTEGA GUZMAN,

      Petitioner,

v.                                                                No. 1:25-CV-202-H

KRISTI NOEM, et al.,

      Respondents.

## ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1.

The Court finds good cause to give the respondents 20 days to respond to this Show-Cause

Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that

shows cause why the petitioner's writ should not be granted by no later than October 27,

2025. The petitioner may file a reply to the respondents' answer by no later than November

10, 2025. The Court will determine whether a hearing is necessary after it reviews the

respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on

October 9, 2025, a notice addressing what notice, if any, the respondents will give the

petitioner's counsel prior to moving the petitioner outside of the Northern District of Texas.

Service of this Order, as well as the petition (Dkt. No. 1) and its attachments shall be

made by the petitioner on the Acting United States Attorney for the Northern District of

Texas, Nancy Larson, by 5:00 p.m. CT on October 8, 2025, which shall constitute good and

sufficient service on the respondents.

All records must be filed with the Clerk within 20 days from the date of this Order.

So ordered on October 7, 2025.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE